■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANEY FORE, Appellant.—Per stipulation of the parties herein dated January 11, 1988, the appeal from the judgment of the Supreme Court, New York County (Dennis Edwards, Jr., J., at sentence; Harold Rothwax, J., at suppression hearing), rendered on August 6, 1985 is unanimously withdrawn, with prejudice. No opinion. Concur—Carro, J. P., Asch, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RAMOS, Also Known as JOSE RODRIGUEZ, Appellant.— Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on March 21, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Carro, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA BARNETT, Appellant.—Judgment, Supreme Court, New York County (Livingston Wingate, J.), rendered on December 2, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Ellerin, JJ.